UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JORGE L. ROBERTS, et al.**                                                  **PLAINTIFFS**

**v.**                                    **CIVIL ACTION NO. 3:06CV-133-C**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT**                                               **DEFENDANT**

## REPORT ON SETTLEMENT CONFERENCE

A settlement conference was conducted before the Magistrate Judge on Thursday, May 29, 2008, with the following appearances:

FOR THE PLAINTIFFS: Garry R. Adams, counsel for Plaintiffs; LaShauna Harris and Jorge Roberts, Plaintiffs.

FOR THE DEFENDANT: Kent Wicker, counsel for Defendant; Kevin O'Donnell and Leslie Faust, representatives for Defendant.

Settlement negotiations were conducted in good faith and the parties were able to reach an agreement as to the resolution of all claims of Plaintiff LaShauna Harris. Plaintiff Harris and Defendant signed a preliminary settlement agreement that set forth particular terms of their settlement agreement and agreed to execute a detailed settlement agreement and release of her claims within 20 days of the settlement conference.

A telephonic status conference will be held with **counsel only** on **Monday, June 2, 2008, at 1 p.m.** regarding the remaining claims of Plaintiff Jorge Roberts. Chambers will initiate the call.

Copies to Counsel of Record

8|0